IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00259-WYD-BNB

HAL LEWIS HEBERT,

Plaintiff,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility (SCF),
MICHELLE NYCZ, Major, SCF,
ROBERT KEISEL, Captain, SCF, and
CHASE FELZIEN, Lieutenant, SCF,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Stay Proceeding** [docket no. 20, filed May 7, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED as to an extension to respond. Plaintiff has to and including **June 28, 2013**, in which to respond to the defendants' Motion to Dismiss [16].

DATED: May 13, 2013