IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00259-WJM-BNB

HAL LEWIS HEBERT,

Plaintiff,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility (SCF),
MICHELLE NYCZ, Major, SCF,
ROBERT KEISEL, Captain, SCF, and
CHASE FELZIEN, Lieutenant, SCF,

Defendants.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Extend Deadlines to Complete Discovery and File Dispositive Motions** [docket no. 70, filed November 11, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **January 23, 2015**, and the dispositive motions deadline is extended to and including **March 12, 2015**.

IT IS FURTHER ORDERED that the Pretrial Conference set for March 19, 2015, is **vacated and reset to May 19, 2015, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **May 12, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: November 12, 2014