IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00259-WJM-BNB

HAL LEWIS HEBERT,

Plaintiff,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility (SCF),
MICHELLE NYCZ, Major, SCF,
ROBERT KEISEL, Captain, SCF, and
CHASE FELZIEN, Lieutenant, SCF,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Second Joint Motion to Amend Scheduling Order** [docket no. 73, filed January 20, 2015] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The parties shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
    on or before **March 31, 2015**;

    The parties shall designate all rebuttal experts and provide
    opposing counsel with all information specified in Fed. R. Civ. P.
    26(a)(2) on or before **April 30, 2015**;

| | |
|---|---|
| Discovery Cut-off: | **May 22, 2015**; |
| Dispositive Deadline: | **July 13, 2015**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for May 19, 2015, is **vacated and reset to September 23, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due

on or before **September 16, 2015**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).


DATED:  January 21, 2015