# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00259-WJM-NYW

HAL LEWIS HEBERT,

Plaintiff,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections,
JAMES FALK, Warden, Sterling Correctional Facility (SCF),
MICHELLE NYCZ, Major, SCF,
ROBERT KEISEL, Captain, SCF,
CHASE FELZIEN, Lieutenant, SCF,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

       This civil action comes before the court on Defendants' Unopposed Motion to Conduct Deposition of Incarcerated Inmate Plaintiff Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B)  [#77], filed on April 24, 2015 (also the "Motion").  Pursuant to the Memorandum [#78] dated April 24, 2015, the Motion is before this Magistrate Judge.

       IT IS SO ORERED that the Motion is GRANTED.  Accordingly, IT IS ORDERED that Defendants are granted leave to take the deposition of inmate Plaintiff Hal Hebert to occur pursuant to Fed. R. Civ. P. 30(a)(2)(B).

DATED April 27, 2015