IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-00259-WJM-NYW | Date: October 13, 2015 | |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* | |

| *Parties* | *Attorney(s)* |
|---|---|
| HAL LEWIS HEBERT, | *Mark A. Schwane* |
| **Plaintiff,** | |
| v. | |
| TOM CLEMENTS, | *Kathryn Anne Teresa Starnella* |
| JAMES FALK, | *Robert Charles Huss* |
| MICHELLE NYCZ, | |
| ROBERT KEISEL, | |
| CHASE FELZIEN, | |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**FINAL PRETRIAL CONFERENCE**

Court in Session: 10:31 a.m.

Appearance of counsel.

The court reviews the currently pending motions.

For the reasons stated on the record, it is

**ORDERED: Plaintiff's Unopposed Motion to Restrict Access to Exhibits Pursuant to Protective Order [109] is DENIED without prejudice with leave to refile. The Parties are directed to review and comply with D.C.COLO.LCivR 7.2.**

Parties review the proposed Final Pretrial Order [110] filed October 6, 2015.

Parties are directed to comply with the Practice Standards of Judge William J. Martinez located on the internet at:
http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonWilliamJMartinez

**ORDERED: The Final Pretrial Order [110] is approved and filed with the corrections made of record**.

Court in Recess: 10:41 a.m.    Hearing concluded.    Total time in court: 00:10

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.