IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00259-WJM-NYW

HAL LEWIS HEBERT,

    Plaintiff,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections,
JOHN CHAPDELAINE, Warden, Sterling Correctional Facility,
MICHELLE NYCZ, Major,
ROBERT KEISEL, Captain, and
CHASE FELZIEN, Lieutenant,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendants' Motion for Summary Judgment, filed on December 22, 2015, by the Honorable William J. Martinez, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Rick Raemisch, Executive Director, Colorado Department of Corrections; John Chapdelaine, Warden, Sterling Correctional Facility; Michelle Nycz, Major; Robert Keisel, Captain; and Chase Felzien, Lieutenant, and against Plaintiff, Hal Lewis Herbert, on Defendants' Motion for Summary Judgment. It is further

ORDERED that Plaintiff's claims against Defendants Felzien and Keisel are DISMISSED for the additional reason that Plaintiff has confessed Defendants' Motion for Summary Judgment as to these Defendants. It is further

ORDERED that Plaintiff's complaint and action are dismissed with prejudice. It is further

ORDERED that each party shall bear their own attorneys' fees and costs.

DATED at Denver, Colorado this 22nd day of December, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk

APPROVED AS TO FORM:

/s/ William J. Martinez
WILLIAM J. MARTINEZ,
UNITED STATES DISTRICT JUDGE